**Joan Charlene RAY, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant–Appellee.**

No. 05–6353.

United States Court of Appeals, Sixth Circuit.

June 22, 2006.

Before: MARTIN, NORRIS, and McKEAGUE, Circuit Judges.

## MEMORANDUM OPINION

PER CURIAM.

Plaintiff, Joan Charlene Ray, appeals from an Order of the district court affirming the decision of the Commissioner of Social Security that denied her application for Disability Insurance Benefits.

Having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we conclude that the decision of the Commissioner is supported by substantial evidence.

We therefore affirm the Order of the district court for the reasons stated in the Proposed Findings of Fact and Recommendation filed by the Magistrate Judge on March 29, 2005, and in the Memorandum Opinion and Order of the district court filed on June 23, 2005.